IN THE SUPREME COURT OF THE STATE OF DELAWARE

ERIC RILEY & JEANNE RILEY,   §
  § No. 105, 2019
    Defendants Below,   §
    Appellants,   §
  §
    v.   § Court Below–Superior Court
  § of the State of Delaware
NEW CASTLE AUTO AUCTION   §
& CONSIGNMENTS, INC.,   § Case No. N17A-04-001
  §
    Plaintiff Below,   §
    Appellee.   §

Submitted: January 24, 2020
Decided: March 30, 2020

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **O R D E R**

This 30th day of March 2020, having considered the parties' briefs and the record below, we conclude that the judgment of the Superior Court should be affirmed on the basis of, and for the reasons assigned by the Superior Court in its bench ruling issued on February 4, 2019. To the extent that the appellants, Eric Riley and Jeanne Riley, argue that the Court of Common Pleas lacked jurisdiction to hear the appeal filed by New Castle Auto Auction & Consignments, Inc. from the decision of the Justice of the Peace Court, we find that the Court of Common Pleas correctly concluded that the appeal was timely filed. Moreover, the Rileys conceded

to the Superior Court that the Court of Common Pleas' finding that there was not a factual basis for a finding of fraud was correct. They cannot now resurrect this claim.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice